**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOEAL HAMLIN (#2013-0418113), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 5515 |
| | ) | |
| | ) | Judge Jorge L. Alonso |
| NURSE JUDY PRICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

By Order of July 8, 2015, the Court ordered plaintiff to file a response to defendants' motion to dismiss by July 29, 2015 or risk dismissal of this suit. The Court had previously granted plaintiff two previous extensions, first to April 24, 2015, and then to June 17, 2015. Although forewarned of the consequences, plaintiff has failed to comply. Accordingly, the complaint is dismissed pursuant to Federal Rule of Civil Procedure 41(b). The case is terminated, the August 19, 2015 status hearing is stricken, and the pending motion to dismiss [22] is denied as moot.

**SO ORDERED.**                    **ENTERED:  August 10, 2015**


_____
**JORGE L. ALONSO**
**United States District Judge**